**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexsandr Artmenko, | No. CV-08-02197-PHX-FJM |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

The court has before it petitioner Alexsandr Artmenko's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1), respondent Katrina Kane's response (doc. 12), petitioner's reply (doc. 14), and the report and recommendation by the United States Magistrate Judge (doc. 16). No objection to the report and recommendation was filed.

The Magistrate Judge recommends denying the habeas petition as moot because petitioner was removed from the United States on March 9, 2009. The court accepts the recommended decision of the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

DATED this 28th day of October, 2009.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge